**Opinion filed February 1, 2024**



In The

# Eleventh Court of Appeals

_____

## No. 11-23-00291-CV

_____

## XTO ENERGY, INC., Appellant

## V.

## WINDY HILL RANCH, LTD., Appellee

**On Appeal from the 266th District Court**
**Erath County, Texas**
**Trial Court Cause No. 23CVDC-00150**

## M E M O R A N D U M   O P I N I O N

Appellant, XTO Energy, Inc., has filed in this court a motion to dismiss this interlocutory appeal. In the motion, Appellant states that, since this appeal has been perfected, Appellant and Appellee, Windy Hill Ranch Ltd., "have found common ground on how to move forward without having to burden this Court with an accelerated appeal (and with all that such an appeal would entail)." Appellant requests that we dismiss the appeal pursuant to Rule 42.1(a) of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 42.1(a)(1).

We grant Appellant's motion and dismiss this appeal.

W. STACY TROTTER

JUSTICE

February 1, 2024

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.